UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

WYCKOFF FUNDRAISING, INC.,          Case No. 07-21218

                                               Chapter 7 Proceeding
             Debtor(s).                   Hon. Daniel S. Opperman
_____/

## STATEMENT REGARDING FUNDS TO BE
## <u>DEPOSITED IN U.S. REGISTRY</u>

       NOW COMES Randall L. Frank, Chapter 7 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $10.70 for deposit in the U.S. Registry as evidenced by the attached check number 3001, made payable to U.S. Bankruptcy Court.

       The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds/ Under $5" from the Interim Distribution on May 18, 2010, on behalf of the following creditors:

| | | |
|---|---|---|
| 3U | IRS | $0.11 |
| 7 | Wolfgang Candy | $2.42 |
| 8 | ML McJak Corp | $1.75 |
| 9 | Arvco Container Corp. | $3.65 |
| 12 | Yellow Book USA | $2.77 |
| | TOTAL | $10.70 |

DATED: November 16, 2010

                                                   /s/ Randall L. Frank
                                                   _____
                                                   Randall L. Frank (P33189)
                                                   Chapter 7 Trustee
                                                   310 Davidson Building
                                                   P.O. Box 2220
                                                   Bay City, Michigan 48707
                                                   Telephone: (989) 893-2461
                                                   randall.frank@gmail.com