UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

WYCKOFF FUNDRAISING, INC.,                    Case No. 07-21218

                                              Chapter 7 Proceeding
                    Debtor(s).                Hon. Daniel S. Opperman
_____/


## STATEMENT REGARDING FUNDS TO BE
## DEPOSITED IN U.S. REGISTRY

        NOW COMES Randall L. Frank, Chapter 7 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $73.33 for deposit in the U.S. Registry as evidenced by the attached check number 3001, made payable to U.S. Bankruptcy Court.

        The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds/ Under $10 or Unclaimed from the Interim Distribution on or about May 11, 2010, on behalf of the following creditors:


5           Frankenmuth Credit Union                     $73.33

                                            _____

            TOTAL                                        $73.33



DATED: December 7, 2010


                                /s/ Randall L. Frank
                                _____
                                Randall L. Frank (P33189)
                                Chapter 7 Trustee
                                310 Davidson Building
                                P.O. Box 2220
                                Bay City, Michigan  48707
                                Telephone: (989) 893-2461
                                randall.frank@gmail.com